# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *David Webb, Inc., a Corporation*

Case No. *09-13997(brl)*
Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 9,975,169.18 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 2,882,534.35 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 115,846.93 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 2,395,423.82 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 24 | $ 9,975,169.18 | $ 5,393,805.10 | |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *David Webb, Inc., a Corporation*

Case No. *09-13997(brl)*
Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _David Webb, Inc., a Corporation_        Case No. _09-13997(brl)_

                     Debtor                                               (if known

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Stanley Silberstein_ , _President_ of the _Corporation_
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _25_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _7/7/2009_

                        Signature   /s/Stanley Silberstein

                              Name: _Stanley Silberstein_

                              Title:   _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _David Webb, Inc._ ,
                        Debtor(s)

Case No. _09-13997(brl)_
                        (if known

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenar community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor' own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" i the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location c Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims t hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed a Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |

|  |  | **TOTAL $** (Report also on Summary of Schedules.) | _0.00_ | |

No continuation sheets attached

In re _David Webb, Inc._ _____,  Case No. _09-13997(brl)_
                    Debtor(s)                                              (if know)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Bank Payroll Account Number 2000012194261 Location: In debtor's possession | | $ 577.70 |
| | | Wachovia Bank Operating Account Number2000012194287 Location: In debtor's possession | | $ 17,857.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | L. Friedland & M. Friedland Location: In debtor's possession | | $ 750,000.00 |
| | | Other Security Deposits Location: In debtor's possession | | $ 543.92 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page ___1___ of ___3___

In re _David Webb, Inc._ _____,    Case No. _09-13997(brl)_
                                                                    (if know)
                         Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _David Webb (Beverly Hills) Inc._ _100% stockholder_ _Tax ID Number 94-3142763_ _Location: In debtor's possession_ | | _Unknown_ |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Customer Receivables_ _Location: In debtor's possession_ | | $ 297,728.86 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or | X | | | |

In re  *David Webb, Inc.*                                      ,        Case No. *09-13997(brl)*

                          Debtor(s)                                                                (if know

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *Machinery & Equipment (**Book Value) Debtor has not determined Liquidation Value. Location: In debtor's possession* | | $ 1,573,149.00 |
| 30. Inventory. | | *Raw Materials & Finished Goods (Based on Debtor's Cost) Location: In debtor's possession* | | $ 7,335,312.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡   $ 9,975,169.18

(Report total also on Summary of Schedule
Include amounts from any continuation sheets attache

In re _David Webb, Inc._ _____ ,  Case No. _09-13997 (brl)_

**Debtor(s)**  (if known

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claim secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has wit the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types o secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the nam and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whethe the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the colum labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in th column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" i more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in th boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Withou Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, repo the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | X | $ 2,858,000.00 | $ 2,858,000.0 |
| _Creditor # : 1_ _FCC, LLC d/b/a/ First Capital_ _Attn: Brian J. Cuttic, S.V.P._ _125 TownPark Drive, Suite 190_ _Kennesaw GA 30144_ | | Value: _$ 0.00_ | | | | | |
| Account No: | | | | | | | |
| _Representing:_ _FCC, LLC d/b/a/ First Capital_ | | _Lance H. Baker, Esq._ _First Capital_ _4855 Technology Way, Suite 500_ _Boca Raton FL 33431-3352_ Value: | | | | | |
| Account No: | X | _lease_ | | | | $ 12,058.42 | $ 12,058.42 |
| _Creditor # : 2_ _Lexus Financial Services_ _P.O. Box 17187_ _Baltimore MD 21297-0511_ | | Value: _$ 0.00_ | | | | | |

1  continuation sheets attached

Subtotal $ (Total of this page) $ 2,870,058.42 | $ 2,870,058.4

Total $ (Use only on last page)

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re *David Webb, Inc.*

**Debtor(s)**

Case No. *09-13997(brl)*

(if known

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 3* *Lexus Financial Services* *P.O. Box 17187* *Baltimore MD 21297-0511* | X | | | | | $ 11,224.08 | $ 11,224.08 |
| | | Value: *$ 0.00* | | | | | |
| Account No: *Creditor # : 4* *Marlin Leasing Corp* *124 Gaither Drive* *Suite 170* *Mount Laurel NJ 08054* | | *equipment lease* | | | | $ 1,251.85 | $ 1,251.85 |
| | | Value: *$ 0.00* | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

Sheet no. 1  of 1  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | | |
|---|---|---|---|
| Subtotal $ (Total of this page) | | $ 12,475.93 | $ 12,475.93 |
| Total $ (Use only on last page) | | $ 2,882,534.35 | $ 2,882,534.35 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _David Webb, Inc._ _____,  Case No. _09-13997 (brl)_
              **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecure claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip cod and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of th filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debt chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a min child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on th appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or th marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in th box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer deb report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts n entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consum debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 1 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of th appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifyin independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or th cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessatio of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, tha were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of th Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, drug, or another substance. 11 U.S.C. § 507(a)(10).

Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_4_**   **continuation sheets attached**

In re David Webb, Inc.                                    ,     Case No. 09-13997(brl)
                    Debtor(s)                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Adam Lindemann<br>77 East 77th Street<br>New York NY 10065 | | | | | | | $ 9,753.75 | $ 2,425.00 | $ 7,328.75 |
| Account No:<br>Creditor # : 2<br>Alan Katzman<br>41 Brownstone Way<br>Englewood NJ 07631 | | | | | | | $ 1,330.00 | $ 1,330.00 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>C.V. Nalley<br>4000 Woodland Brook Drive<br>Atlanta GA 30339 | | | | | | | $ 27,150.00 | $ 2,425.00 | $ 24,725.00 |
| Account No:<br>Creditor # : 4<br>Mrs. Carol Johnston<br>1645 Woodland Lake Drive<br>Columbia SC 29206 | | | | | | | $ 22,200.00 | $ 2,425.00 | $ 19,775.00 |
| Account No:<br>Creditor # : 5<br>Mrs. Carol Weisman<br>151 East 58th Street<br>Apt. 45A<br>New York NY 10022 | | | | | | | $ 476.85 | $ 476.85 | $ 0.00 |
| Account No:<br>Creditor # : 6<br>Mrs.Debra Cohen<br>4915 Indian Lane<br>Washington DC 20016 | | | | | | | $ 6,700.00 | $ 2,425.00 | $ 4,275.00 |

Sheet No. _1_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $<br>(Total of this page) | 67,610.60 | 11,506.85 | 56,103.75 |
|---|---|---|---|---|
| | Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re _David Webb, Inc._____,    Case No. _09-13997 (brl)_
                    **Debtor(s)**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    _Deposits by individuals_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 7<br>Mrs. Elaine Sargent<br>150 Central Park South<br>Apt. 3501<br>New York NY 10019-1566 | | | | | | | $ 1,625.66 | $ 1,625.66 | $ 0.00 |
| Account No:<br>Creditor # : 8<br>Mrs. Helene LeBlanc<br>5 Garrett St. Flat 14<br>London EC1 YOTT, UK | | | | | | | $ 1,460.25 | $ 1,460.25 | $ 0.00 |
| Account No:<br>Creditor # : 9<br>Mrs. Linda Wachner<br>200 East 65th Street<br>Apt. 36 South<br>New York NY 10021 | | | | | | | $ 1,938.26 | $ 1,938.26 | $ 0.00 |
| Account No:<br>Creditor # : 10<br>Mrs. Lollie Lowe Jack<br>4718 Hallmark Drive<br>Houston TX 77056 | | | | | | | $ 9,955.00 | $ 2,425.00 | $ 7,530.00 |
| Account No:<br>Creditor # : 11<br>Mrs. Paola Zuffetti Cardelus<br>222 West 14th Street<br>New York NY 10011 | | | | | | | $ 1,300.00 | $ 1,300.00 | $ 0.00 |
| Account No:<br>Creditor # : 12<br>Mrs. Windi Grimes<br>3310 West Main Street<br>Houston TX 77098 | | | | | | | $ 3,000.00 | $ 2,425.00 | $ 575.00 |

Sheet No. _2_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 19,279.17 | 11,174.17 | 8,105.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | |

In re _David Webb, Inc._ _____, Case No. _09-13997(brl)_
                        **Debtor(s)**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 14 New York State Dept. of Tax NY Sales Tax Processing PO Box 15172 Albany NY 12212-5172 | | Sales Tax May 1, 2009 through June 15, 2009 | | | | | $ 6,267.94 | $ 6,267.94 | $ 0.00 |
| Account No: Creditor # : 15 NYC Dept. of Finance P.O. Box 3600 New York NY 10008-3600 | | | | X | | | $ 22,689.22 | $ 22,689.22 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _4_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 28,957.16 | 28,957.16 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 132,846.93 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 55,188.18 | 77,658.75 |

B6F (Official Form 6F) (12/07)

In re _David Webb, Inc._ _____ ,                Case No. _09-13997(brl)_
                        **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initial and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 1 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> A. Heller Metals Co., Inc. <br> 7 Comercial Street <br> Hicksville NY 11801 | | | | | | | $ 4,991.80 |
| Account No: 9742 <br> Creditor # : 2 <br> American Compressed Gases, Inc <br> P.O. Box 715 <br> Westwood NJ 07675-0715 | | | | | | | $ 297.20 |
| Account No: <br> Creditor # : 3 <br> American Express <br> P.O. Box 2855 <br> New York NY 10116-2855 | | | | | | | $ 17,526.87 |
| Account No: <br> Creditor # : 4 <br> Arnold Silberstein Unified Tru <br> c/o Nina Silberstein <br> 7 West 81st Street, Apt. 11A <br> New York NY 10024 | | | loan | | | | $ 394,412.37 |

_10_ continuation sheets attached

Subtotal $ | $ 417,228.24

Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._____, Case No. _09-13997(brl)___
         **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **DVDW** <br> **Creditor # : 5** <br> **Avenue Magazine** <br> **79 Madison Avenue** <br> **Floor 16** <br> **New York NY 10016** | | | | | | | $ 9,000.00 |
| Account No: <br> **Creditor # : 6** <br> **Belair Time Corporation** <br> **1995 Swarthmore Avnue** <br> **Lakewood NJ 08701** | | | | | | | $ 4,839.38 |
| Account No: **0104** <br> **Creditor # : 7** <br> **Brasseler USA** <br> **One Brasseler Blvd.** <br> **Savannah GA 31419** | | | | | | | $ 296.64 |
| Account No: <br> **Creditor # : 8** <br> **Brooklyn Studio West** <br> **30 Propsect Park, SW#2** <br> **Brooklyn NY 11215** | | | | | | | $ 2,800.00 |
| Account No: **8413** <br> **Creditor # : 9** <br> **Burrelle's Information Service** <br> **75 East Northfield Road** <br> **Livingston NJ 07039** | | | | | | | $ 1,130.26 |
| Account No: <br> **Creditor # : 10** <br> **Butterfield 8** <br> **231 Honey Hollow Road** <br> **Pound Ridge NY 10576** | | | | | | | $ 182.49 |

Sheet No. _1_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 18,248.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re David Webb, Inc. , Case No. 09-13997(brl)
_____         _____
        Debtor(s)                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> Carnegie Hall Society <br> 881 Seventh Avenue <br> New York NY 10019 | | | | | | | $ 4,000.00 |
| Account No:  0062 <br> Creditor # : 12 <br> Chase Visa Card Member Service <br> P.O. Box 15153 <br> Wilmington DE 19886-5153 | | | | | | | $ 23,237.36 |
| Account No: <br> Creditor # : 13 <br> Chubb Group of Insurance Co. <br> P. O. Box 7777-1630 <br> Philadelphia PA 19175-1630 | | | | | | | $ 32,634.85 |
| Account No: <br> Creditor # : 14 <br> Con Edison <br> JAF Station <br> PO Box 1702 <br> New York NY 10116-1702 | | | | | | | $ 4,360.46 |
| Account No: <br> Creditor # : 15 <br> D.A. Agliata & Associates, Inc <br> 4588 South Park Avenue <br> Buffalo NY 14219 | | | | | | | $ 960.26 |
| Account No:  9216 <br> Creditor # : 16 <br> Deer Park <br> P.O. Box 856192 <br> Louisville KY 40285-6192 | | | | | | | $ 220.51 |

Sheet No.  2  of  10  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 65,413.44
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._ ,   Case No. _09-13997(brl)_
_____
Debtor(s)                                                    (if known

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Dov Schwartz, Inc. <br> 550 Fifth Avenue <br> 6th Floor <br> New York NY 10036 | | | | | | | $ 165,553.20 |
| Account No: 2433 <br> Creditor # : 18 <br> Dunbar Global Logistics <br> Dunbar Armored Air <br> P.O. Box 64115 <br> Baltimore MD 21264-4115 | | | | | | | $ 6,726.58 |
| Account No: <br> Creditor # : 19 <br> Faircourt, LLC <br> 701 N. Westshore Blvd. <br> Tampa FL 33609 | | | | | | | $ 2,500.00 |
| Account No: 1548 <br> Creditor # : 20 <br> Flynn's <br> 55 East 59th Street <br> New York NY 10022 | | | | | | | $ 29.21 |
| Account No: <br> Creditor # : 21 <br> Frank Mastoloni and Sons, Inc. <br> 415 Madison Avenue <br> 22nd Floor <br> New York NY 10017 | | | | | | | $ 333,700.00 |
| Account No: <br> Creditor # : 22 <br> Gemdek Corporation <br> 22 West 48th Street <br> Suite 601 <br> New York NY 10036 | | | | | | | $ 4,101.75 |

Sheet No. _3_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 512,610.74
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._ , Case No. _09-13997(brl)_
_____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> _Creditor # : 23_ <br> _Goldstein Communications, Ltd._ <br> _45 East 25th Street #PHC_ <br> _New York NY 10010_ | | | | | | | $ 9,192.92 |
| **Account No:** <br> _Creditor # : 24_ <br> _J. Birnbach_ <br> _576 Fifth Avenue_ <br> _Suite 501_ <br> _New York NY 10036_ | | | | | | | $ 30,000.00 |
| **Account No:** <br> _Creditor # : 25_ <br> _Kitro Supplies, Inc._ <br> _71-34 73rd Street_ <br> _Ridgewood NY 11385_ | | | | | | | $ 912.50 |
| **Account No:** 1103 <br> _Creditor # : 26_ <br> _L. Friedland and M. Friedland_ <br> _22 East 65th Street_ <br> _New York NY 10065_ | | | | | | X | $ 484,826.25 |
| **Account No:** 1103 <br> _Representing:_ <br> _L. Friedland and M. Friedland_ | | | _Jeffrey I Aaron, Esq._ <br> _c/o Larstrand Corporation_ <br> _22 East 65th Street_ <br> _New York NY 10065_ | | | | |
| **Account No:** 1014 <br> _Creditor # : 27_ <br> _Landa International, Inc._ <br> _10 West 47th Street_ <br> _New York NY 10036_ | | | | | | | $ 773.25 |

Sheet No. __4__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 525,704.92

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._                                    ,          Case No. _09-13997 (brl)_
_____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3098 | | | | | | | $ 541.8 |
| Creditor # : 28 Liverpool Carting Co., INc. 5 Bruckner Blvd. Bronx NY 10454 | | | | | | | |
| Account No:    V006 | | | | | | | $ 822.28 |
| Creditor # : 29 Mac Felder Inc. 610 11th Avenue New York NY 10036 | | | | | | | |
| Account No: | | | | | | | $ 18,089.6 |
| Creditor # : 30 Marco Polo Precious Metals 38 West 48th Street 11th Floor New York NY 10036 | | | | | | | |
| Account No: | | | | | | | $ 3,186.22 |
| Creditor # : 31 Marian Kelly 415 East 72nd Street New York NY 10021 | | | | | | | |
| Account No: | | | | | | | $ 4,020.71 |
| Creditor # : 32 Millard Associates Ltd. 201-05 Northern Blvd. Bayside NY 11361-0700 | | | | | | | |
| Account No:    0043 | | | | | | | $ 3,157.19 |
| Creditor # : 33 Mutual Central Alarm Services Division of Devcon 10 West 46th Street New York NY 10036 | | | | | | | |

Sheet No. __5__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 29,817.96
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._ _____,      Case No. _09-13997(brl)_

_____**Debtor(s)**_____        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 34 <br> Myron Toback, Inc. <br> 25 West 47th Street <br> New York NY 10036-2805 | | | | | | | $ 63.75 |
| Account No: <br> Creditor # : 35 <br> Nina Silberstein <br> 7 West 81st Street <br> New York NY 10024 | | | loan | | | | $ 187,578.28 |
| Account No: <br> Creditor # : 36 <br> Nouveau Elevator <br> 74 Calyer Street <br> Brooklyn NY 11222 | | | | | | | $ 2,144.75 |
| Account No:   9804 <br> Creditor # : 37 <br> Office Depot <br> P.O. Box 633211 <br> Cincinnati OH 45263-3211 | | | | | | | $ 464.27 |
| Account No: <br> Creditor # : 38 <br> P.H. Gems International <br> 580 5th Avenue <br> Suite #2909 <br> New York NY 10036 | | | | | | | $ 19,325.30 |
| Account No:   4228 <br> Creditor # : 39 <br> Parcel Pro, Inc. <br> P.O. Box 898 <br> Torrance CA 90508 | | | | | | | $ 1,098.34 |

Sheet No. __6__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 210,674.69

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

Debtor(s)                                    (if known

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 40 Pat Areias Beltz 10120 Eddy Road Carmel CA 93923 | | | | | | $ 250.00 |
| Account No: V789 Creditor # : 41 Penguin Maintenance & Ser. Inc 26 West Street Brooklyn NY 11222 | | | | | | $ 4,548.90 |
| Account No: Creditor # : 42 Peter S. Hurst Phtography 10 East 39th Street New York NY 10016 | | | | | | $ 1,500.00 |
| Account No: Creditor # : 43 Phillips, de Pury & Lexembourg 450 West 15th Street 5th Floor New York NY 10114-1800 | | | | | | $ 162.56 |
| Account No: Creditor # : 44 Pitney Bowes Global Financial Services, LLC P.O. Box 856460 Louisville KY 40285-6460 | | | | | | $ 574.37 |
| Account No: Creditor # : 45 Pocket Change Attn: Jeremy Abelson 73 Spring Street, Ste. 406 New York NY 10012 | | | | | | $ 1,500.00 |

Sheet No. 7 of 10 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 8,535.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._ ,       Case No. _09-13997(brl)_

        **Debtor(s)**                                    (if known

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 46 Quest Media LLC 420 Madison Avenue 16th Floor New York NY 10017 | | | | | | $ 12,500.00 |
| Account No: Creditor # : 47 Selby Construction, Inc. 425 Madison Avenue New York NY 10017 | | | | | | $ 68,322.94 |
| Account No: Creditor # : 48 Sharon Silberstein 243 West 70th Street New York NY 10023 | | loan | | | | $ 21,415.97 |
| Account No: Creditor # : 49 Smallberg Sorkin & Co., LLP 450 Seventh Avenue New York NY 10123 | | | | | | $ 22,000.00 |
| Account No: Creditor # : 50 Stanley Silberstein 61 West 90th Street New York NY 10024 | | loan | | | | $ 476,654.25 |
| Account No: Creditor # : 51 Staples Credit Plan P.O. Box 689020 Des Moines IA 50368-9020 | | | | | | $ 313.96 |

Sheet No. _8_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          **Subtotal $**     $ 601,207.12

          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re David Webb, Inc.                                    ,        Case No. 09-13997(brl)
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 52<br>Todd Harris Company, Inc.<br>P.O. Box 682<br>Edison NJ 08818-0682 | | | | | | | $ 898.47 |
| Account No:   2721<br>Creditor # : 53<br>Verizon<br>P.O. Box 15124<br>Albany NY 12212-5124 | | | | | | | $ 184.72 |
| Account No:<br>Creditor # : 54<br>Verizon Wireless<br>P.O. Box 408<br>Newark NJ 07101-0408 | | | | | | | $ 697.92 |
| Account No:   3607<br>Creditor # : 55<br>Victor Settings<br>25 Brook Avenue<br>Maywood NJ 07607 | | | | | | | $ 942.31 |
| Account No:<br>Creditor # : 56<br>W. Constantin Wild & Co.<br>Hauptstrasse 103<br>D-55743 Idar-Oberstein<br>  Germany | | | | | | | $ 350.00 |
| Account No:<br>Creditor # : 57<br>Wave2Wave New York, Inc.<br>P.O. Box 847829<br>Boston MA 02284-7829 | | | | | | | $ 914.56 |

Sheet No.   9   of   10   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,987.98

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _David Webb, Inc._ , Case No. _09-13997(brl)_

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No: **1016**<br><br>**Creditor # : 58**<br>**X O Communications**<br>**14239 Colletions Center Drive**<br>**Chicago IL 60693** | | | | | | $ 1,994.13 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _10_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 1,994.13 |
| **Total $** | $ 2,395,423.82 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *David Webb, Inc.*                                    / Debtor     Case No. *09-13997(brl)*
_____               _____
                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *L. Friedland & M Friedland*<br>*22 East 65th Street*<br>*New York NY  10021* | Contract Type:*Non-residential lease * ***<br>Terms: *Monthly Rent $138,343.75. Expires December 31, 2019*<br>Beginning date:*7/1/2004*<br>Debtor's Interest:*Lessor*<br>Description: *789 Madison Avenue, New York, New York*<br><br>Buyout Option: |
| *Lexus Financial Services*<br>*P.O. Box 17187*<br>*Baltimore MD  21297-0511* | Contract Type:*Car lease*<br>Terms: *$534.48 per month. Maturity Date 2/27/2011*<br>Beginning date:*2/29/2008*<br>Debtor's Interest:*Lessor*<br>Description: *2008 Lexus RX350*<br>  *VIN # 2T2HK31U48CO93294*<br><br>Buyout Option: |
| *Lexus Financial Services*<br>*P.O. Box 17187*<br>*Baltimore MD  21297-0511* | Contract Type:*Car lease*<br>Terms: *$548.11 per month. Maturity Date 3/24/2011*<br>Beginning date:*3/24/2008*<br>Debtor's Interest:*Lessor*<br>Description: *2008 Lexus 18350*<br><br>Buyout Option: |
| *Marlin Leasing Corp.*<br>*124 Gaither Drive*<br>*Suite 170*<br>*Mount Laurel NJ  08054* | Contract Type:*Equipment Lease*<br>Terms: *$271.33 per month*<br>Beginning date:<br>Debtor's Interest:*Lessor*<br>Description: *Telephone System*<br>Buyout Option:*expires January 2010* |
| *Mutual Central Alarm*<br>*10 West 46th Street*<br>*New York NY  10036* | Contract Type:*Service contract*<br>Terms: *$496.45 per month; Billed Quarterly, 10 years*<br>Beginning date:*4/30/2009*<br>Debtor's Interest:<br>Description: *Burglar Alarm, CCTV, Access Control*<br><br>Buyout Option: |

In re _David Webb, Inc._ _____ / Debtor    Case No. _09-13997(brl)_
                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Mutual Central Alarm_<br>_Division of Devcon_<br>_10 West 46th Street_<br>_New York NY  10036_ | Contract Type:_Equipment Lease_<br>Terms: _$971.07 per month; Billled Quarterly, Ten (10) year_<br>Beginning date:_4/30/2009_<br>Debtor's Interest:<br>Description: _Installation and Service of Central Station_<br>_Burglar Alarm_<br>Buyout Option: |
| _Nouveau Elevator_<br>_74 Calyer Street_<br>_Brooklyn NY  11222_ | Contract Type:_Service contract_<br>Terms: _10 years; $350.00 per month plus taxes_<br>Beginning date:_1/25/2006_<br>Debtor's Interest:<br>Description: _Elevator Maintenance for One (1) Hydraulic_<br>_Elevator - NYC #1P40880_<br>Buyout Option: |
| _Penguin Maintenance & Service_<br>_26 West Street_<br>_Brooklyn NY  11222_ | Contract Type:_Service contract_<br>Terms: _$4,848 annual; $1,212. 00 Quarterly plus tax_<br>Beginning date:_2/28/2009_<br>Debtor's Interest:<br>Description: _Building Automation System Maintenance_<br>Buyout Option: |

In re _David Webb, Inc._ _____ / Debtor     Case No. _09-13997(brl)_
<br>(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or reside with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight year immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of th child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bank P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Arnold Silberstein (Deceased) | FCC, LLC d/b/a/ First Capital<br>Attn: Brian J. Cuttic, S.V.P.<br>125 TownPark Drive, Suite 190<br>Kennesaw GA  30144 |
| Nina Silberstein<br>7 West 81st Street<br>New York NY  10024 | FCC, LLC d/b/a/ First Capital<br>Attn: Brian J. Cuttic, S.V.P.<br>125 TownPark Drive, Suite 190<br>Kennesaw GA  30144<br><br>Lexus Financial Services<br>P.O. Box 17187<br>Baltimore MD  21297-0511 |
| Stanley Silberstein<br>61 West 90th St.<br>New York NY  10024 | FCC, LLC d/b/a/ First Capital<br>Attn: Brian J. Cuttic, S.V.P.<br>125 TownPark Drive, Suite 190<br>Kennesaw GA  30144<br><br>Lexus Financial Services<br>P.O. Box 17187<br>Baltimore MD  21297-0511 |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: *David Webb, Inc., a Corporation*                Case No. *09-13997(brl)*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date:Jan - June 23,*          *Less than $5,000,000.00*
*2009*                                              *Fiscal year ending June 30, 2008 - $13,247,328.00*
*  Last Year:*                                 *Fiscal Year ending June 30, 2007 - $9,473,165.00*
*Year before:*

---

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:* *Address:* *See Schedule Annexed hereto* | | | |

None
☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Nina Silberstein - See List annexed hereto* *Address:* *Relationship:* | | *Total Paid: $69,825.23* | |
| *Creditor:Stanley Silberstein - See Schedule Annexed Hereto* *Address:* *Relationship:* | | *Total Paid: $27,404.96* | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Brooklyn Studio West -against- David Webb, Inc. Index No. 60407/09* | *Non-Payment for Services Rendered* | *Civil Court of the City of NY Small Claims Part 141 Livingston Street Brooklyn, New York 11201-8100* | *Stayed Summons to Appear dated 6/10/2009 Hearing Scheduled for 7/15/2009* |

# David Webb, Inc.
## Aggregate Payments >= $5,475.00
## by Vendor
### March 23 through June 23, 2009

| Company | Amount |
|---|---|
| AICCO, Inc. | $16,351.52 |
| Alter, Goldman & Brescia, LLP | $40,000.00 |
| Petty Cash | $9,100.00 |
| Con Edison | $11,603.35 |
| J. Birnbach | $32,318.50 |
| Joseph Chu | $6,535.00 |
| New York State Sales Tax | $9,205.48 |
| Oxford Health Plans [1] | $11,544.94 |
| Advance Magazine Publishers | $15,228.01 |
| Grand Total | $151,886.80 |

# David Webb, Inc.
# Employee QuickReport
### June 23, 2008 through June 23, 2009

| | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Interest Payments** | | | | | | |
| | Check | 06/27/2008 | 4189 | 1010 · Wachovia Bank - Checking | √ | 22,325.23 |
| Total | | | | | | 22,325.23 |
| | | | | | | |
| **Principal Payments** | | | | | | |
| | Check | 07/09/2008 | 4218 | 1010 · Wachovia Bank - Checking | √ | 5,000.00 |
| | Check | 08/04/2008 | 4277 | 1010 · Wachovia Bank - Checking | √ | 10,000.00 |
| | Check | 09/10/2008 | 4326 | 1010 · Wachovia Bank - Checking | √ | 7,500.00 |
| | Check | 11/17/2008 | 4417 | 1010 · Wachovia Bank - Checking | √ | 3,000.00 |
| | Check | 12/31/2008 | 4507 | 1010 · Wachovia Bank - Checking | √ | 5,000.00 |
| | Check | 04/30/2009 | 4701 | 1010 · Wachovia Bank - Checking | √ | 10,000.00 |
| | Check | 06/04/2009 | 4764 | 1010 · Wachovia Bank - Checking | | 7,000.00 |
| Total | | | | | | 47,500.00 |
| | | | | | | |
| **TOTAL Nina Silberstein** | | | | | | 69,825.23 |

# David Webb, Inc.
# Employee QuickReport
### As of June 23, 2009

| | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Interest Payment** | | | | | | |
| | Check | 06/27/2008 | 4187 | 1010 · Wachovia Bank - Checking | √ | 27,404.96 |
| Total | | | | | | 27,404.96 |
| **TOTAL Stanley Silberstein** | | | | | | 27,404.96 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Lawrence Friedland and Melvin Friedland v. David Webb, Inc., L&T Index No. 09N064827* | *Eviction Proceeding* | *Civil Court of the City of NY County of New York: Part 52* | *Warrant of Eviction Issued 7/15/2009* |
| *Advance Magazine Publishers Inc. d/b/a Conde Nast Publications -against- David Webb Inc. d/b/a David Webb, Inc. Index No. 0014039 CVN 2009* | | *Civil Court of the City of New York, County of New York* | *Judgment dated May 19, 2009 in the sum of $15,228.01 plus interest.*<br><br>*Paid* |

---

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Advance Magazine Publishers Inc. d/b/a Conde Nast Publications Address:c/o Popper & Grafton 225 West 34th Street, Suite 1609 New York, New York 10122-1600* | *May 27, 2009* | *Description: Wachovia Bank Payroll Acct. #2000012194261 - $30,150.57 & Wachovia Operaing Acct. No. 2000012194287 for $405.45 Value: ** Released after payment of $15,228.01* |

---

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☐  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name:* | | | *Description:* |
| *Addresss:* | | | *Value:* |

*See Schedule Annexed hereto*

### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERT |
|---|---|---|
| *Payee: Alter, Goldman & Brescia, LLP*<br>*Address:*<br>*550 MAMARONECK AVENUE*<br>*Suite 510*<br>*HARRISON,, NY 10528* | *Date of Payment:*<br>*Payor: David Webb, Inc.* | *$40,000.00 including $2,500.00 for filing fee and disbursements.* |

### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

07/06/09

# David Webb, Inc.
## Charitable Gifts Report
June 24, 2008 to June 23, 2009

**Gifts**

| Date | Recipient | Qty | Description | Unit Value | Total Value |
|---|---|---|---|---|---|
| 08/21/2008 | Golf on Earth (TV Academy Golf Event) | 4 | Chronograph watches gold face rubber band | 1,900.00 | 7,600.00 |
| 08/21/2008 | Golf on Earth (TV Academy Golf Event) | 1 | Chronograph watches silver face rubber band | 1,900.00 | 1,900.00 |
| 09/12/2008 | Spirituality for Kids | 1 | Snake ring 18kt yellow gold enamel eye | 3,800.00 | 3,800.00 |
| 02/18/2009 | Temple Beth El of Boca Raton | 1 | Stainless sport watch | 2,200.00 | 2,200.00 |
| 04/29/2009 | Nationals Foundation | 1 | Pair 18 yellow gold white/red enamel cufflinks | 6,300.00 | 6,300.00 |
| 04/29/2009 | Dwigth School | 1 | Diver Watch | 1,950.00 | 1,950.00 |
| | | 9 | | | 23,750.00 |

**TOTAL GIFTS**

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| David Webb (Beverly Hills), Inc. 100% | TaxPayer ID:94-3142763 | 9500 Wilshire Boulevard Los Angeles, CA 90212 | jewelry | 7/26/1991 to Present |

---

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or ha been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner o more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, o self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, with six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to th signature page.)

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

Name: Peter Kutner
Smallberg Sorkin & Company LLP          Dates:
Address:450 Seventh Avenue, New York, New York 101

Name:Javier Dominquez                      Dates:

NAME AND ADDRESS

DATES SERVICES RENDERED

*Address:*

*Name:Stan Silberstein*
*Address:*

*Dates:*

---

None ☐   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                          ADDRESS                    DATES SERVICES RENDERED

*Peter Kutner*
*Smallberg Sorkin & Company LLP*

*Dates:*

---

*David Sennet (on Behalf of FCC)*
*Bourget and Asscoaites*

*Dates:*

---

*Carole Johnson*
*New York State Insurance Fund*

*Dates:*

---

*James J. Wittich*
*(on behalf of Chubb Workers*
*Compensation in BH and Liability*
*Package in NY)*
*N & J Wittich, Inc.*

*Dates:*

---

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

*Name:Debtor*
*Missing:*

---

*Name:Peter Kutner*
*Smallberg Sorkin &*
*Company LLP*
*Missing:*

---

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME                                          ADDRESS                    DATES ISSUED

*FCC d/b/a First Capital*

*Dates:*

---

## 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| *Last: 4/30/2009* | *Supervisor: Stanley Silberstein* | *Cost: $8,214,001.00* *Retail:* *$31,534,500.00* |
| *Last: 6/2/2009* | *Supervisor: Stanley Silberstein* | *Cost: $8,110,167.00* *Reatil:* *$31,271,350.00* |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| *Last: 4/30/2009 and 6/2/2009* | *Custodian: Stanley Silberstein* *Address: 789 Madison Avenue, New York, New York 10065* |
| *Last: 4/30/2009 & 6/2/2009* | *Custodian: Traci Brannon, VP, Senior Operations Officer of FCC d/b/a/ First Capital* *Address: 125 Town Park Drive, Ste 190, Kennesaw, GA 30144* |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: The Silberstein Family Partnership* | | *100% of Stock* |
| *Name: Nina Silberstein* *Address:* | *Chief Executive Officer* | |
| *Name: Stanley Silberstein* *Address:* | *President* | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name:Sharon Silberstein*<br>*Address:* | *Vice President* | |

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Sharon Silberstein*<br>*Address:*<br>*Relation: Vice President* | *Date: Salary*<br>*Purpose:* | *Amount:$104,000.00 (Gross)*<br>*Description: See Schedule Annexed* |
| *Name:Stanley Silberstein*<br>*Address:*<br>*Relation: President* | *Date:Salary*<br>*Purpose:* | *Amount:$156,720.00 (Gross)*<br>*Description:See Schedule Annexed* |

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date __ 7/7/09 _____    Signature /s/Stanley Silberstein _____

**Stanley Silberstein**          **President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

07/06/09

# David Webb, Inc.
## Officers Salary Report
### July 1, 2008 to June 29, 2009

| | From | To | Officer | Tax Withheld | Pre-Tax | Taxable | True Net | Gross Salary |
|---|---|---|---|---|---|---|---|---|
| **Officers Salary** | | | | | | | | |
| | 07/01/2008 | 12/31/2008 | Sharon Silberstein | 16,226.05 | | 37,773.95 | 37,773.95 | 54,000.00 |
| | 01/01/2009 | 06/29/2009 | Sharon Silberstein | 14,775.07 | | 35,224.93 | 35,224.93 | 50,000.00 |
| **Total Sharon Silberstein** | | | | 31,001.12 | 0.00 | 72,998.88 | 72,998.88 | 104,000.00 |
| | 07/01/2008 | 12/31/2008 | Stanley Silberstein | 24,314.93 | 2,497.20 | 54,907.87 | 57,405.07 | 81,720.00 |
| | 01/01/2009 | 06/29/2009 | Stanley Silberstein | 24,882.34 | 2,858.15 | 47,259.51 | 50,117.66 | 75,000.00 |
| **Total Stanley Silberstein** | | | | 49,197.27 | 5,355.35 | 102,167.38 | 107,522.73 | 156,720.00 |
| **TOTAL OFFICERS SALARY** | | | | 80,198.39 | 5,355.35 | 175,166.26 | 180,521.61 | 260,720.00 |