**ALTER, GOLDMAN & BRESCIA, LLP**  Hearing Date:  May 20, 2010
**550 MAMARONECK AVENUE**  Hearing Time:  10:00 a.m.
**SUITE 510**
**HARRISON, NEW YORK 10528**
**(914) 670-0030**

BRUCE R. ALTER (0457)
DANA P. BRESCIA (0501)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    DAVID WEBB, INC.                                    Chapter 11
                                                          Case No. 09-13997(brl)

                               Debtor.
------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER THE DEBTOR'S APPLICATION FOR ORDER PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 AUTHORIZING AND APPROVING CONTRACT OF SALE WHICH PROVIDES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND GRANTING GOOD FAITH PURCHASER STATUS TO FRIENDS OF WEBB, LLC**

     **PLEASE TAKE NOTICE,** that upon the annexed application (the "Application") of the above-captioned debtor and debtor-in-possession David Webb (the "Debtor"), by its attorneys, Alter, Goldman & Brescia, LLP, the undersigned will move this Court, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, <u>Courtroom 623,</u> New York, New York 10004 on the <u>20th day of May, 2010 at 10:00 a.m.</u>, or as soon thereafter as counsel may be heard, for the entry of an Order approving the Debtor's application pursuant to Sections 363(b), (f) and (m) of Title 11 of the United States Code and Federal Bankruptcy Rules of Bankruptcy Procedure 2002 and 6004, authorizing and approving the sale of the Debtor's "Purchased Assets" as defined and set forth in a Contract of Sale dated April 23, 2010, between the Debtor, as seller, and Friends of Webb, LLC as buyer, free and clear of all liens, claims and encumbrances and granting good faith purchaser status for Friends of Webb, LLC in connection therewith, together with other related relief.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief requested in the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically on the Court's website www.nysb.uscourts.gov in accordance with the local rules by registered users of the Bankruptcy Court's filing system or by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), served in accordance with the local rules and shall be served upon (i) Alter, Goldman & Brescia, LLP, 550 Mamaroneck Avenue, Suite 510, Harrison, New York 10528, Attn: Bruce R. Alter, Esq.; (ii) Katsky Korins, LLP, 605 Third Avenue, New York, New York 10158, Attn: Steven H. Newman, Esq.; and (iii) Lewis W. Siegel, Esq., 355 Lexington Avenue, Suite 1400, New York, New York 10017, <u>so as to be received no later than three (3) business days prior to the date of the hearing.</u>

Dated: Harrison, New York
      April 26, 2010

                              ALTER, GOLDMAN & BRESCIA, LLP
                              Attorneys for the Debtor
                              550 Mamaroneck Avenue
                              Harrison, New York 10528
                              (914) 670-0030

                              By: *<u>/s/ Bruce R. Alter</u>*
                                        Bruce R. Alter

TO:    All Creditors
           Notices of Appearance
           United States Trustee
           Friends of Webb, LLC
           Official Committee of Unsecured Creditors and its Counsel
           All entities expressing an interest in purchasing assets of Debtor